# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 1:14-cv-299-RJC

| | |
|---|---|
| **LILLIAN HUGHES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **CAROLYN W. COLVIN,** ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** comes before the Court on Plaintiff's Consent Motion for Attorneys' Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), filed on August 31, 2015. (Doc. No. 17). Defendant has consented to the requested fee. Having reviewed the Motion, supporting materials, and the case file, the Court determines that Plaintiff should be awarded attorneys' fees under the EAJA, 28 U.S.C. § 2412(d), in the amount of $3,693.00.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Consent Motion for Attorneys' Fees, (Doc. No. 17), is **GRANTED**. The Court will award attorneys' fees in the amount of $3,693.00, and pursuant to <u>Comm'r of Soc. Sec. v. Ratliff</u>, 560 U.S. 586 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, that debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe any debt, the Government will exercise its discretion and honor an

assignment of EAJA fees, and pay those fees directly to Plaintiff's counsel.  No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

Signed: October 19, 2015

Robert J. Conrad, Jr.
United States District Judge